**CERTIFICATE OF SERVICE**

I certify that on October 22, 2007, I caused a copy of the Defendant's Motion to Dismiss, along with supporting papers, to be filed with the Clerk of the Court via the CM/ECF system, which gave notice to the following attorneys:

**Philip J. Dinhofer**
pjdllc2806@yahoo.com

*s/Juan A. Skirrow*
Juan A. Skirrow