# PHILIP J. DINHOFER, LLC
ATTORNEYS AT LAW
77 N. CENTRE AVE. - SUITE 311
ROCKVILLE CENTRE, NY 11570
TEL: 516-678-3500
FAX: 516-678-4235
TOLL FREE: 1-888-RAIL-LAW
E-MAIL: pjdllc2806@yahoo.com

December 3, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-3-07
```

**VIA FAX: 212-805-6382**

Hon. Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   Bruno v. MTA
      07 Civ. 7503 (VM)

Dear Judge Marrero:

Kindly be advised that this office represents the plaintiff in the above-referenced matter.

With regard to the motion to dismiss the complaint filed by defendant, with the Court's consent the parties have agreed to the following briefing schedule.

- Plaintiff's opposition papers to be served on or before Tuesday, December 18, 2007;

- Defendant's reply, if any, to be served on or before Thursday, January 20, 2008.

The Court's anticipated courtesy and cooperation with regard to the foregoing is most appreciated by counsel for both parties.

Respectfully yours,

*Philip J. Dinhofer*

PHILIP J. DINHOFER

PJD/dd

cc:   Ira J. Lipton, Esq.

---

Request GRANTED. The briefing schedule with regard to the motion _to dismiss the complaint_ herein is extended as set forth herein: motion papers submitted by _____; response 12-18-07; reply 1-20-08.

SO ORDERED.

12-3-07
DATE        VICTOR MARRERO, U.S.D.J.