TABLE OF AUTHORITIES

Page

Cases:

Almendarez v. Atchinson, T. & S.F. Ry. Co.,
426 F.2d 1095 (C.A. Tex 1970) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10

Atchison, Topeka & Santa Fe Railway Co. v. Buell,
480 U.S. 557, 107 S.Ct. 1410, 1415, 94 L.Ed.2d 563 (1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Atchinson T. & S.F. Ry. Co. v. Saxon,
52 S.Ct. 229, 284 U.S. 458, 76 L.Ed 397 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Atlantic & Gulf Stevedores, Inc. v. Ellerman Lines,
368 U.S. 355 36, 82 S.Ct. 780 784, 7 L.Ed 2d 798 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Blair v. Baltimore & Ohio R. Co.,
65 S.Ct. 546, 323 U.S. 600, 89 L.Ed 490 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

Capasso v. MTA,
198 F.Supp 452 (SDNY  2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5

Cazad v. Chesapeake & O. Ry. Co.,
622 F.2d. 72  (C.A. Wa.Va. 1980) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10

Chesapeake & Ohio Ry. Co v. Richardson,
116 F.2d 860, *cert. denied*
313 US 574, 61 Sct 961, 85 LED 1531 (1941) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Chicago, etc. R. Co. v. Bower,
36 S.Ct. 624, 241 U.S. 470 60 L.Ed 1107 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Chicago, Rock Island and Pacific Railroad Co. v. Melcher,
333 F.2d 996 (8th Cir.  1964) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Coppinger v. Metro-North Commuter R.R.,
861 F.2d 33 (2d Cir.1988) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Coray v. Southern Pac. Co.,
69 S.Ct. 275, 335 U.S. 520, 93 L.Ed 208 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12, 13

DeMuria v. Hawkes,
328 F.3d 704, 706 (2nd Cir.  2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Ely v. Reading Co.,
424, F.2d 758 (C.A. Pa. 1970) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Gallick v. Baltimore & Ohio R.R. Co.,
83 S.Ct. 658, 372 U.S. 108, 9 L.Ed 2d 618 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 13

|  | Page |

Greene v. LIRR & MTA,
280 F.3d 224 (2nd Cir. 2002) *cert. denied*
538 U.S. 1031, 123 S.Ct. 2073, 155 L.Ed.2d 1060 (2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 20

Higgins v. Metro-North Commuter Railroad,
143 FSupp2d 353 (SDNY 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Jaghory v. New York State Dep't of Educ.,
131 F.3d 326, 329 (2d Cir.1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Lavender v. Kurn,
327 U.S. 645,  66 S.Ct. 740 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14

Manley v. Ambose Corp,
337 F3d 237 (2nd Cir. 2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16

Masiello v. Metro-North Commuter R.R.,
748 F.Supp. 199 (SDNY 1990) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Mix v. Del. & Hudson Railway Co., Inc.,
345 F.3d 82 (2d Cir.2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17, 18

Rediker v. Chicago, Rock Island and Pac. R. Co,
571 P2d 70, *cert. denied*
435 US 982, 98 Sct 1635, 56 LEd2d 76 (1977) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Rivera v. Union Pacific Railroad Co.,
378 F.3d 502, 507 (5th Cir. 2004) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Rodrigues v. Delray Connecting R.R.,
473 F.2d 819 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9

Rogers v. Missouri Pac. R.R. Co.,
352 US 500, 77 S.Ct. 443 rehearing denied
77 S.Ct. 888, 353 U.S. 943, 1 L.Ed.2d 764, 352 U.S. 500 (1957) . . . . . . . . . . . . . 2, 8, 12, 13 , 14

Scheuer v. Rhodes,
416 U.S. 232, 236, 94 S.Ct. 1683, 40 L.Ed.2d 90 (1974) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Scutti Enters. v. Park Place Entm't Corp.,
322 F.3d 211, 214 (2d Cir.2003) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Shenker v. Baltimore & O. R. Co.,
374 US 1, 83 S.Ct. 1667, 10 LEd2d 709 (1963) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9, 10

Shipman v. Boeing,
411 F.2d 365 (5th Cir. 1969) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11, 13

Sinkler v. Missouri Pac. R.R. Co.,
365 US 326, 329 (1958)

Page

Stinson v. Atlantic Coast Line R. Co.,
78 S.Ct. 136, 355 U.S. 652, 2 L.Ed 93 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

Tiller v. Atlantic Coast Line R. Co.,
63 S.Ct. 444 318 U.S. 54, 87 L.Ed 610 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13

Tufariello v. Long Island R.R. Co.,
364 F.Supp.2d 252 (EDNY  2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Webb v. Illinois Cent. R. Co.,
22 S.Ct. 451, 352 U.S. 512, 1 Ed 2d 503
rehearing denied 77 S.Ct. 809, 353 U.S. 943, 1 L.Ed 2d 12 . . . . . . . . . . . . . . . . . . . . . . . . . . . 12

Wilkerson v. McCarthy Gas,
336 U.S. 53, 69 S.Ct. 413, 93 L.Ed 497
rehearing denied 336 U.S. 940, 69 S.Ct. 744, 93 L.Ed 1098 . . . . . . . . . . . . . . . . . . . . . . . 11, 14

Williams v. Atlantic Coast Line R.R. Co.,
190 F.2d 744 (5th Cir. 1951) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

World Trade Center Disaster Site Litigation,
414 F3d 352 (2nd Cir.  2005) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 20

York v. Ass'n of the Bar of the City of New York,
286 F.3d 122, 125 (2d Cir.2002) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Statutes:

45 U.S.C.A. Section 53 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14, 15

45 U.S.C. § 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17

Air Transportation Safety and Stabilization Act of 2001,  49 USC § 40101  . . . . . . . . . . . . 20, 21

Federal Employers' Liability Act,  45 U.S.C.  § 51, et seq.  . . . . . . 1, 2, 3, 6, 7, 8, 8, 10, 11, 12, 12
                                                                  14, 15, 17, 18, 19, 20, 21, 22, 23

Federal Rules Civil Procedure, Rule 12(b)(6) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1, 2, 17, 20, 22

Federal Rules Civil Procedure, Rule 56 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

Local Civil Rule 56.1  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

OSHA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Railway Labor Act, 45 USC § 151, et seq. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Section 1983 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

Title VII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21