# HOGUET NEWMAN
# REGAL & KENNEY, LLP

10 East 40th Street  
New York, New York 10016

Tel 212.689.8808  
Fax 212.689.5101  
www.hnrklaw.com

January 15, 2008

**BY FAX: 212-805-6382**

Hon. Victor Marrero  
United States District Judge  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

> USDS SDNY  
> DOCUMENT  
> ELECTRONICALLY FILED  
> DOC #: _____  
> DATE FILED: 1/16/08

Re: Bruno v. Metropolitan Transportation Authority  
No. 1:07-cv-7503

Dear Judge Marrero:

We represent Defendant Metropolitan Transportation Authority ("MTA") in the above-captioned matter. We respectfully submit this letter to inform the Court of a discrepancy between Defendant's reply due date of January 26, 2008, received by Defendant via electronic notice on December 4, 2008 (please see attached email notice dated December 4, 2007) and the date that is currently on the docket sheet, which is January 20, 2008.

The January 26, 2008 date that we were noticed appeared to us to correspond with Your Honor's endorsement at the bottom of the letter from Plaintiff's counsel dated December 3, 2007. (See attached letter from Philip Dinhofer to Judge Marrero, dated December 3, 2007.) Nevertheless, after a routine review of the docket yesterday, it came to our attention that the date for Defendants' reply on the docket appears to have changed to January 20, 2008. As Defendant's counsel has made briefing preparations in anticipation of a January 26, 2008 due date, we respectfully request that your honor permit Defendant to submit its reply brief on that date.

I have spoken with Plaintiff's counsel, who has advised me that he has no objection to a reply due date of January 26, 2008. Thank you for your consideration of this matter.

Respectfully submitted,

Juan A. Skirrow

cc: Philip J. Dinhofer

Request Granted. The date for defendant to submit its reply brief to the pending motion herein shall be 1-26-08

SO ORDERED:  
1-15-08  
DATE   VICTOR MARRERO, U.S.D.J.