```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
DANIEL BRUNO,                         :
                                      :
                    Plaintiff,        :    07 Civ 07503 (VM)
                                      :
     - against -                      :    **ORDER**
                                      :
METROPOLITAN TRANSPORTATION           :
AUTHORITY,                            :
                                      :
                    Defendant.        :
----------------------------------- X
```

**VICTOR MARRERO, United States District Judge.**

By Decision and Order dated April 10, 2008 the Court directed the Clerk of Court  to enter judgment dismissing the complaint in this action and to close the captioned case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases.  Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Decision and Order of April 10, 2008 the Clerk of Court is directed to enter judgment dismissing this action and to close the case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:     New York, New York
           17 April 2008

                                    _____
                                         VICTOR MARRERO
                                            U.S.D.J.

```
┌─────────────────────────────┐
│ USDS SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILI          │
│ DOC #: _____         │
│ DATE FILED: 4/17/08          │
└─────────────────────────────┘
```