USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DANIEL BRUNO,

                Plaintiff,                07 CIVIL 7503 (VM)

      -against-                  **JUDGMENT**

METROPOLITAN TRANSPORTATION
AUTHORITY,

                Defendant.
------------------------------------------------------------X

      Whereas the above-captioned action having come before this Court, and the matter having come before the Honorable Victor Marrero, United States District Judge, and the Court, on April 17, 2008, having rendered its Order directing the Clerk of the Court to enter judgment dismissing the action and to close the case, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 17, 2008, judgment is entered dismissing the action; accordingly, the case is closed.

**Dated:** New York, New York
          April 18, 2008

                                      J. MICHAEL McMAHON
                                      Clerk of Court
                    BY:
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____