UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
DANIEL BRUNO,

                          Plaintiff,                    07 Civ. 7503 (VM)
                                                                 Judge Marrero

    - against-

                                                                       **NOTICE OF APPEAL**

METROPOLITAN TRANSPORTATION AUTHORITY

                        Defendant.
-------------------------------------------------------------------- X

Notice is hereby given that DANIEL BRUNO, plaintiff above named, hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on April 18, 2008 and from the Decision and Order of the Hon. Victor Marrero, dated April 10, 2008.

Dated: Rockville Centre, New York
       April 20, 2008

                                                                     By: Philip J. Dinhofer, #6940
                                                                   **PHILIP J. DINHOFER, LLC**
                                                                     Attorneys for Plaintiff(s)
                                                                     77 N. Centre Ave. - Suite 311
                                                                     Rockville Centre, NY 11570
                                                                     516-678-3500

TO:   HOGUET NEWMAN REGAL & KENNY, LLP
        Attorneys for Defendant
        10 E. 40th Street
        New York, NY 10016